IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40575
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD I. JAMES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-96-CR-349-1
- - - - - - - - - -

April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:*

Donald I. James has appealed his convictions for possession of cocaine with intent to distribute and aiding and abetting. James contends that the district court failed to comply with the requirements of Fed. R. Crim. P. 11(c)(1) & (c)(3) in accepting James's guilty plea. The record does not show that any such noncompliance affected James's substantial rights. See United States v. Johnson, 1 F.3d 296, 298, 302 (5th Cir. 1993) (en banc). The appeal is frivolous and is DISMISSED. Counsel are

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

instructed to review their duties under <u>Anders v. California</u>, 386 U.S. 738, 744 (1967).

APPEAL DISMISSED.